Case: 4:15-cv-01960-JAR Doc. #: 70 Filed: 12/29/15 Page: 1 of 2 PageID #: 273

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: /s/ DAVID L. BRAUN
    DEPUTY CLERK

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION



**FILED** 12/29/2015 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

IN RE: ASHLEY MADISON CUSTOMER DATA
SECURITY BREACH LITIGATION          MDL No. 2669

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –2)

On December 9, 2015, the Panel transferred 4 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable John A. Ross.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Ross.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 9, 2015, and, with the consent of that court, assigned to the Honorable John A. Ross.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 29, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASHLEY MADISON CUSTOMER DATA
SECURITY BREACH LITIGATION**  MDL No. 2669

### SCHEDULE CTO−2 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15−09475 | Lee E. Campbell v. Avid Life Media Inc et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 15−11305 | Lisuzzo v. Avid Life Media, Inc. et al |